### STATE OF NEW JERSEY v.
### WILLIAM ROBERT CHRISTOPHER.

July 20, 1977. Petition for certification denied. (See 149 *N. J. Super.* 269)

### EMERY J. SALLO v. JAMCK SABATINO.

July 20, 1977. Petition for certification denied. (See 146 *N. J. Super.* 416)

### STATE OF NEW JERSEY v. ALPHONSO WIGGINS.

July 20, 1977. Petition for certification denied.

### ILENE PEPER v.
### PRINCETON UNIVERSITY BOARD OF TRUSTEES.

July 20, 1977. Petition for certification granted.

### LANA JACOBSON v. JOSEPH BALLE.

July 20, 1977. Petition for certification denied.

### ROBERT T. MENNILLO v. STATE OF NEW JERSEY, DEPT. OF LAW & PUBLIC SAFETY.

July 20, 1977. Petition for certification denied.